UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

BRUCE CASSAMAJOR, derivatively on behalf of MIMEDX GROUP, INC.,

        Plaintiff,

   v.

PARKER H. PETIT, MICHAEL J. SENKEN, WILLIAM TAYLOR, CHARLES E. KOOB, BRUCE L. HACK, LARRY W. PAPASAN, JOSEPH G. BLESER, J. TERRY DEWBERRY, JOHN E. CRANSTON, NEIL S. YESTON, CHARLES R. EVANS, and LUIS A. AGUILAR,

        Defendants,
   and

MIMEDX GROUP, INC.,

        Nominal Defendant.

Case No.: 4:20-cv-93-AW-MAF

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Bruce Cassamajor ("Plaintiff") hereby voluntarily dismisses his action, *Cassmajor vs. Petit, et al.*, No. 4:20-cv-83-AW-MAF, brought before the United States District Court for the Northern District of Florida, without prejudice, as to all defendants. As grounds thereof, Plaintiff states that no defendant has filed an answer or a motion to dismiss Plaintiff's action. Moreover, neither Plaintiff nor Plaintiff's counsel has received any remuneration in connection with the proposed dismissal of this action. Notice is not required as these derivative claims will continue to be prosecuted in the case of *In Re: MiMedx Group, Inc. Shareholder Derivative Litigation,* Case No. 1:18cv4486, pending in the United States District Court for the

Northern District of Georgia.  Each party shall bear its own costs, expenses, and attorneys' fees in connection with this action.

Dated: May 23, 2020

Respectfully submitted by:

**CULLIN O'BRIEN LAW, P.A.**

/s/ *Cullin A. O'Brien*
Cullin A. O'Brien
6541 NE 21st Way
Ft. Lauderdale, FL 33308
Telephone: (561) 676-6370

**BRAGAR EAGEL & SQUIRE, P.C.**
W. Scott Holleman
Garam Choe
885 Third Avenue, Suite 3040
New York, New York 10022
Telephone: (212) 355-4648

*Counsel for Plaintiff Bruce Cassamajor*