## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**BRUCE CASSAMAJOR, derivatively on behalf of MIMEDX GROUP, INC.,**

    **Plaintiff,**

**v.**                                       **Case No. 4:20-cv-93-AW-MAF**

**PARKER H. PETIT, et al.,**

    **Defendants,**

**and**

**MIMEDX GROUP, INC.,**

    **Nominal Defendant.**

_____/

### ORDER OF DISMISSAL

Plaintiff has filed a notice of voluntary dismissal without prejudice (ECF No. 6). If unconditional, the notice would be effective without a court order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). But the notice purports to require Defendants to bear their own costs and fees. Only an agreement or court order can do that. Regardless, the case is dismissed based on Plaintiff's failure to serve process. *See* ECF No. 5. The clerk will close the file.

SO ORDERED on May 26, 2020.

                             s/ *Allen Winsor*
                             United States District Judge